■ JOHN T. STEWART et al., Respondents, v JOEL L. SCHEINERT et al., Appellants, et al., Defendants.—In a taxpayers' action pursuant to section 51 of the General Municipal Law, the appeal is from so much of an order of the Supreme Court, Rockland County, entered November 13, 1975, as denied, "in all respects", the branch of appellants' motion which sought dismissal of the entire complaint, or each cause or action thereof, for lack of merit. Order affirmed insofar as appealed from, without costs or disbursements. Special Term correctly concluded that this complaint sets forth only a taxpayers' action under section 51 of the General Municipal Law, notwithstanding plaintiffs' subsequent attempt to carve out a separate action under section 1983 of the Public Health and Welfare Law (US Code, tit 42, § 1983). Each of the five causes of action alleges that defendants committed unlawful official acts with consequent waste of public funds and misuse of public property. Therefore, Special Term properly preserved the complaint in its entirety as adequately pleaded under section 51. To the extent that the plaintiffs also sought punitive damages, Special Term correctly concluded that section 51 makes no provision for such an award under any of the pleaded causes of action. Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Hawkins, JJ., concur. [84 Misc 2d 672.]

■ In the Matter of WILLIAM H. CUMBERBATCH, Petitioner, v JOHN P. LOMENZO, as Secretary of State of the State of New York, Respondent.— Proceeding pursuant to CPLR article 78 to review respondent's determination, dated August 15, 1973 and made after a hearing, which, *inter alia,* found petitioner guilty of untrustworthiness. Determination confirmed and petition dismissed on the merits, with costs. The determination of the Secretary of State was supported by substantial evidence. Hopkins, Acting P. J., Latham and Hawkins, JJ., concur; Martuscello and Shapiro, JJ., dissent and vote to annul the determination and grant the application, with the following memorandum: In our opinion the determination of untrustworthiness was not supported by substantial evidence.